SHROYER, APPELLANT, *v.* BANKS, WARDEN, APPELLEE.

[Cite as *Shroyer v. Banks,* 123 Ohio St.3d 88, 2009-Ohio-4080.]

*Appeal from dismissal of a petition for a writ of habeas corpus — Habeas corpus not available to remedy claim concerning validity of an indictment — Judgment affirmed.*

(No. 2009-0599 — Submitted August 11, 2009 — Decided August 19, 2009.)

APPEAL from the Court of Appeals for Hocking County, No. 09CA3.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, James R. Shroyer, for a writ of habeas corpus. Habeas corpus is not available to challenge the validity of a charging instrument. *McCuller v. Hudson*, 121 Ohio St.3d 168, 2009-Ohio-721, 902 N.E.2d 979, ¶ 1. In addition, Shroyer's plea of guilty to the charges contained in the bill of information waived his claimed right to an indictment. *State ex rel. Morris v. Leonard* (1999), 86 Ohio St.3d 624, 625, 716 N.E.2d 208. Finally, Shroyer's claim of ineffective assistance of counsel is not cognizable in habeas corpus. *Everett v. Eberlin*, 114 Ohio St.3d 199, 2007-Ohio-3832, 870 N.E.2d 1190, ¶ 6.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

James R. Shroyer, pro se.

Richard Cordray, Attorney General, and Samuel Peterson, Assistant Attorney General, for appellee.

_____